IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mj-445 |
| | ) | |
| AVERY ROSS, | ) | Court Date: November 16, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1611872)

THE OFFICE OF THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 30, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant AVERY ROSS, being a person eighteen years of age or older, did willfully contribute to, encourage, or cause an act, omission, or condition rendering a child under eighteen years of age abused or neglected.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-371.)

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/

Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3938
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 15, 2026, I filed the foregoing document with the Clerk of Court to file.

By: /s/

Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3938
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov